Matter of Kye T. (Brook T.) (2025 NY Slip Op 05617)

Matter of Kye T. (Brook T.)

2025 NY Slip Op 05617

Decided on October 10, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 10, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, NOWAK, DELCONTE, AND KEANE, JJ.

745 CAF 23-01937

[*1]IN THE MATTER OF KYE T. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; BROOK T., RESPONDENT-APPELLANT. (APPEAL NO. 3.)

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.
SAM FADUSKI, BUFFALO, FOR PETITIONER-RESPONDENT.

 Appeal from an order of the Family Court, Erie County (Brenda M. Freedman, J.), dated November 2, 2023, in a proceeding pursuant to Family Court Act article 10. The order, inter alia, determined that respondent had neglected the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Myel T.-F. (Brook T.) ([appeal No. 1] — AD3d — [Oct. 10, 2025] [4th Dept 2025]).
Entered: October 10, 2025
Ann Dillon Flynn
Clerk of the Court